RECEIVED

JUL 18 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

18-cv-0628
Sec P

I Carlos Scott am writting this to cure and amend deficiencies to the best of my knoledg and abilities as directed.

Kevin Kelly

On April 18, 2018 Kevin Kelly threatened to mace me. Maceing inmates is a common pratice that he uses to punish or get inmates to comply to his will. I along with inmates and other guards have seen this and he is well known for using mace. He threatened to mace me because I could not stand and walk, I had dislocated my knee the previous evening around 7:00pm and waigh 335 pounds. This occured around lunch time. The other guards realized that I actually could not walk, they intervened and barrowed inmate Lane Carters wheelchair to assist me to lock down cell JI where he ordered me to go. He told me he was placing me on medical lock down because I could not walk and told me I could not use the facilities wheel chair. I was placed in Lockdown cell JI where there was only one open bunk, it was a top bunk wich I could not climb up into because of my weight, problems with my lower back, my sholder and my knee. I told him I could not climb to the top bunk and that I had a bottom bunk pass and he said he didnt care. I was forced to sleep on a mat on the floor from April 18, 2018 untill April 30, 2018. He deprived me of my noon lunch tray. I asked him for it after being placed in lock down, he told me I had to walk to the chow hall, I asked him again and he told me that I said that I did not want to eat, I said no such thing. I

was unable to walk, unable being denied use of the facilities wheelchair, and no guard would bring me a lunch tray.

Lura Roberts, Kristy Bennet the medical staff.

Lura Roberts and Kristy Bennet are the primary care for the inmates where I am housed. I was seen by Jodie Davis a nurse on the night shift, she looked at my knee and saw that it was swolen, gave me an Ibuprofine, took my blood pressure and told me thats all she could do. Jodie Davis told me to fill out a sick call form which I could not because I was shaking so bad from the pain. Jodie Davis filled out the sick call form and I scribbled my signature as best as I could. Jodie Davis told me that I would be seen by the day nursing staff and sent for Xrays. I did not see the nursing staff the next morning nor was I sent for xrays. Kevin Kelly said that Lura Roberts said that there was nothing wrong with me and that I had to walk to the chow hall. I was being deprived of medical treatment. The injury occured on April 17, 2018 I used the facilitys wheelchair the folowing morning to wheel my self to breakfast on April 18 2018. I came back from breakfast and went to sleep when I awoke the guard, Tod Lowe was wheeling the chair out of the dorm. I was not seen by Kristy Bennet or Lura Roberts to be evcluated for them to make an asessment as to weather or not I was able to walk. I was asked about my medical condition upon intake on April 15 2018 in booking. I stated that I had been diagnosed with

osteoarthritous. I also stated that I was still diabetic, had muscle spasams, problems with my ankle, problems with my knee and had rescently dislocated my shoulder and was scheduled to start physical therapy the weak I was arrested. From April 15 2018 untill April 23, 2018 I recieved no medication. I was deprived of medication for 8 days by the medical staff. They had my medical records from previous stays and knew I had arthritus back problems ankle problems and was diabetic. I did not see a nurse or doctor untill April 20 2018 and I was Injured on April 17, 2018 placed on medical lock down on April 18, 2018 and kept there untill April 30 2018 with the exception of the night nurse Jodie Davis. I was deprived of medical attenion and placed on medical lockdown By Lura Roberts with out being examined or seen by the medical staff and there fore deprived of medical treatment. On April 20, 2018 I saw the doctor who comes to the facility once a month, she cleard me to be taken off medical lockdown because I could walk. I could walk but still was limping. I could walk because I had been doing knee exercises wich I had learned while attending physical therapy at Winn Spacialty Clinic in Winnfield La. I asked her if there was any thing she could do for my shoulder because I had dislocated it, the doctor said she could not address it and that I should write a sick call form for my shoulder. I was once aglan denied medical attenion. I was

Cleared on the 20 of April, 2018 by the doctor and she said I could return to the dorm. Lora Roberts said she would handle it and see to it I was returned to the dorm and taken off medical lockdown. I had written the sick call form about my shoulder and saw the nurse on April, 30, 2018 the nurse Lora Roberts asked me if it was back in place I told her yes I asked her if there was any thing she could do to help it she said there is nothing we can do we cant make it elastic. She didnt examin it or send me for xrays. I also told her about the problems that I was having with using it due to soreness and muscle spasans her reply was the same. I asked her when was she going to take me off medical lock down she said she tought I was off and that she had returned me back to the dorm. I told her no It was then that she told a guard that I could return to the floor. Once agin I was denied medical treatment and also had been neglected. After not raieving noon medications a few times I stopped by the nursing station to ask about meds. Kristy Bennet was there. I started to ask her and she yelled at me to get away from the door and not to open it aglan she is eating. I stopped to ask a couple of times and was scolded like I had done something ~~wronds~~ wrong ~~by~~ by Lora Roberts And Kristy Bennet. I did not think to write the dates and times because it kind of confused me and upset me because if I couldnt ask the medical

Staff about meds and medical questions who could I ask. I was once again denied medical attention. I asked the nurse Lura Roberts and a guard if I could have my knee brace brough here to help my knee and was told I could not. I wrote ARP's about the incedents and have not recieved a reply. Osho arthritous causes joint degeneration and muscle spasams. Since I have been here my shoulder has been dislocated twice and my knee once. I have gotten too to the point that I am reluctant to ask for medical assistance be cause of the way the staf treats you and talk to you. I have not had any Xrays seen a specialist or recieveded any thing for arthritous but Ibuprofrine. I recieve Cyclo bazapime for diabetic pain. I hurt on a constant basis and only have a hot shower and Ibuprofrine to help. I am being denied medical treatment, and my rights are being violated.

LaSalle Corrections

Lasalle Corrections do provide the facility with a diatition to have meals properly prepared at this facility for diabetics. They do not provide a daily doctor. They do not see to it that inmates recieve fair treatment or proper medical attention. LaSalle Corrections is in a supervisory position and should be held responsible for unconstitutional polocies and customs established in Jackson Parish Correctional Center which they supervise.

. Not providing proper staffing such as a diatition to provide proper nutritious meals for diabetics, the staff not providing ARP's

grievance forms, or responding to ones that are filed in a timely manner to remedy the situation. The improper use of mace to punish or get inmates to comply, Not providing copies of forms to inmates such as sick call forms for inmates to have records that one was filed, Not providing proper medical assistance.

The reason I have no copies of grievance forms to send with this amendment is because I was unable to obtain any. I asked the guards working on the floor and in the key. I also ask for ARP's and never recieved any from the staff. I was only able to obtain an ARP from a doc inmate who already had them hidden in some legal paper work. I am forced to eleminate 35 precent of my meal wich is rice or noodles because there is no diatition to provide diabetic meals. Due to these unconstitutional customs and policies I hurt and cannot recieve proper medical attention, and my rights are being violated.

David Brazzell, Timmy Ducote, and Andy Brown

The afore mentioned should ~~be held~~ be held responsible and concidered as participants in acts cause constitutional deprevaties and unconstitutional policies and customs. The afore mentioned people are in a supervisory position and are well aware that the institution houses inmates with diffrent helth issues that require specific dietary needs and medical attention. They are aware of there not being a diatition at the facility, to ~~deprovide~~ provide these special diates wich deprives the inmates of the proper diates. They are aware of there not being a daily doctor at the

facility. They also have to approve inmate transportation for medical exams and xrays, which which makes them aware of inmates not recieving care. I wrote Timmy Ducote and David Brazzell ARP's and request forms shortly after I was injured and placed on medical lock down on the 18 of April 2018. Today is July 9, 2018 and I still have not heard back from ather of them. That is neglect. There fore I have no copies to attach to this form. By them not replying, no copies to send in and the lack of forms being provided to inmates show the implementing and participating in unconstitutional policies and procedures wich result in my pain, suffering and lack of medical treatment. They are placed in a supervisory position to make sure that our rights are not violated and see that we are treated properly. If they are placed in a supervisory position to prevent unconstitutional deprivations the implementing of unconstitutional customs and polocies but yet they allow them to exist they should be held responsible. Timmy Ducote and David Brazzell are at the facility on a daily basis and interact with the employes and are aware of the customs and polocies of the employees, and are aware of what goes on at the facility and should be held responsible.

Lura Roberts  Kristy Bennet

I have also asked Lura Roberts and Kristy Bennet to be placed on the diabetic list on two occasions and I was refused. The

kitchen workers are supposed to substitute the grits with oatmeal, I asked the kitchen worker who serves the grits if he could substitute grits with oatmeal he told me that they didn't prepare anything different for diabetics. That shows that the people placed in supervisory positions are allowing unconstitutional deprivations, allowing the implementation of unconstitutional polocies and customs wich violates my rights

Scott Blackwell

Scott Blackwell works with the morning medical staff Lura Roberts and Knigly Bennet. He passes the noon meds or is supposed to but does not pass them every day. When he does he usualy hand delivers them to Lane Carter anho is another inmate in the dorm in which I am housed. He told me he is used to Lane Carter being the only inmate that receives noon meds in the dorm. I finaly got him to check the med curt and he saw that I had Ibuprofrine on the noon med cart and he apologized. He remembered to call med pass and brought me my meds a few times when he did pass them out. I have written a couple of ARP's and there has been no reply or remedy. I have also complained to the medical staff.. When he brought Lane Carter his meds a couple of times I have stopped him to get mine and ho has told me that he tought I was asleep. IF he would anaounce med pass when ever he does delwer them I would be aware and would have the option to accept or decline my meds. That is annother example of being denied medical attenion and unconstitutional customs and polacies.

Deanna Haris

   Deanna Haris is a guard that was working in the key the night I dislocated my knee. She did not evaluate my knee the nurse Jodi Davis did. On April 17, 2018 I told Deanna Haris that I had dislocated my knee and needed medical attention. She then told me she was busy. I kept sending people to the key where she was working for help because I could not keep trying to hop there and back on one leg, I was sitting near the key at a table when it happened. It was around 7:30 Pm I sent multiple people to the key to let her know I needed medical attention. She cursed them and told them to get away from the flap and that she was busy. This went on untill well after 8:05 Pm wich was the last time I tought to look at the clock. I have asked her for numerous things such as request forms, ARP's, to change the TV channel and she curses me and tell me to get away from her dam flap. I am not the only inmate she does this to, she does everyone this way. She turns the tv from the news in the morning and what ever channel she turns it on it stays there untill shift change because if you ask her to turn it she will curse you and tell you to get away from her dam flap. She will not give turn the volume up on the tv so that we can hear tv we have to wait untill shift change to get the volume turned up. This is another example of unconstitutional deprivation, unconstitutional policies and customs and the staff knows that this is how she operates the key when

she is at work. She works during the day when the warden and asistant warden is at work Timmy Ducote and David Brazzell, so they are aware of the unconstitutional depravations and uncustontitutional polacies and procedures that are implemented and should be held responsible.

Prior to my arrest I was being seen by Dr Slusher and his nurse Mrs Holly at Family Care clinic ~~In Jones~~ in Jonesboro La The phone is listed in the phone book. I had been seen several times at Jackson parish Hospital for dislocation of my knee and for my shoulder. I was seen at Lsu in Shreeveport and diagnosed with Ostro arthitus. I attended Winn specialty clinic in Winfield lousiana for physical therapy for my knee ~~and~~ back and muscle spasums. I was scheduled to start physical therapy for my dislocuted shoulder there the week I was arrested ~~April 14th~~ May 15 2018. These injuries occured this year. You have my concent to contact the afore mentioned doctors and clinics along with the hospital for any records you require. I cannot provide but one copy of an ARP that I raieved back. I stated earlier why there are no copies of grievances. The ARP's to not have carbon copies they are Just a veroxed pice of paper. The only way you recieve a copy is that they answer it. I have attached the only ARP that I have recieved back I filed it on the day of the incident May 22, 2018. it was answerd on ~~June~~ June 27, 2018. It took 35 days for me to recieve a responce. That shows

The other ARP's have not been responded to nor has the forms sent to Timmy Ducote or David Brazzell. That shows the un-constitutional deprivaties and implemented unconstitutional policies customs and procedures.

I am seeking the employment of a dietition at the facility, in order for there to be proper meals. I am seeking proper medical staffing and medical atten at the facility. I am seeking proper treatment and of inmates by the Staff at the facility. I am Seeking a monitary settlement of $115 $150,000.00 for my pain, suffering and the violation of my rights.

I am a pretrial detainee at the Jackson Parish Correctional Center. Here were are not allowed access to the law libray or law books. Which is a violation of our rights also. Due to the lack of access to information about laws and cases. if my ammendments do not please the Court please notify me and I will amend or with draw parts that do not apply or that I lack the knowledg to properly amend.