#1283                                    ARP-1

## ADMINISTRATIVE REMEDY PROCEDURE

### THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

Carlos Scott                          J-2          5-22-2018

Inmate's Name          DOC #                    Date of Incident/Complaint

J dorm, afternoon chow / I was denied help at the key

Place and Time of Incident/Complaint

Describe Nature of Complaint (i.e. WHO, WHAT, WHEN, WHERE, and HOW)

Deanna Harris was working in the key on ~~April~~ May 22 2018 I had been told by Lutinet Davis that if I didn't recieve my meds to go to the key and have her notify him. When I approched the key and knoked on the flap I begin to tell her that Lutinet ~~Davis~~ Davis had told me to do so she yell at To me to "get away from her dam flap" She has posted a sign on the flap that states "we are not here to serve" you if you knok and no one answers common sense should tell you we are busy, unless you have an emergency do not keep knocking on the flap or talking trough it. If you ask her to change the tv or turn it up she curses you out and yell get away from my fuckins flap. 5/22/2018

Inmate's Signature        DOC #                    Date

                    2d 80HG887

TO: Carlos Scott          P/T

     Inmate's Name and DOC #

(   ) ACCEPTED:        Please respond to the inmate within 40 days.

( X ) REJECTED:        Your request has been rejected for the following reason:

No remedy/relief requested.

6-27-18                              Capt Boneflae

     Date                              ARP Screening Officer

# JACKSON CORRECTIONAL CENTER
## MENU FOR _____ THROUGH _____

**A MENU**
(MENU SELECTIONS ARE SUBJECT TO CHANGE WITHOUT NOTICE)

|  | BREAKFAST | LUNCH | DINNER |
|---|---|---|---|
| **THURSDAY** | OATMEAL<br>COFFEE CAKE<br><br>MILK<br><br>WATER | SALISBURY PATTY<br>RICE<br>GRAVY<br>CARROTS<br>ROLL<br>KOOL-AID | PINTO BEANS<br>W/ TURKEY PIECES<br>RICE<br>CABBAGE<br>CORNBREAD<br>KOOL-AID |
| **FRIDAY** | GRITS<br>BISCUITS<br>SYRUP<br><br>Oatmeal for diabetics<br>WATER | SLOPPY JOE<br>CORN<br>ROLL<br>CAKE<br><br>KOOL-AID | RED BEANS<br>W/ TURKEY PIECES<br>RICE<br>CABBAGE<br>CORNBREAD<br>KOOL-AID |
| **SATURDAY** | OATMEAL<br>BISCUITS<br>WHITE PEPPER GRAVY<br><br>WATER | BEEF PATTY<br>RICE<br>GRAVY<br>BROCCOLI<br>ROLL<br>KOOL-AID | 2 BURRITOS<br>W/ RICE & PINTO BEANS<br>CORN<br>CAKE<br><br>KOOL-AID |
| **SUNDAY** | OATMEAL<br>COFFEE CAKE<br><br><br>WATER | HOMEADE CHILI w/BEANS<br>RICE<br>CORN<br>CORNBREAD<br>KOOL-AID | BLACKEYED PEAS<br>W/ TURKEY PIECES<br>RICE<br>CABBAGE<br>CORNBREAD<br>KOOL-AID |
| **MONDAY** | GRITS<br>BISCUITS<br>SYRUP<br><br>Oatmeal for diabetics<br>WATER | BEEF STEW<br>RICE<br>CAKE<br>CORNBREAD<br><br>KOOL-AID | NAVY BEANS<br>W/ TURKEY PIECES<br>RICE<br>COLLARD GREENS<br>CORNBREAD<br>KOOL-AID |
| **TUESDAY** | OATMEAL<br>CAKE W/ ICING<br>MILK<br><br>WATER | DIRTY RICE<br>GREEN BEANS<br>CORNBREAD<br><br>KOOL-AID | GREAT NORTHERN BEANS<br>W/ TURKEY PIECES<br>RICE<br>TURNIP GREENS<br>CORNBREAD<br>KOOL-AID |
| **WEDNESDAY** | GRITS<br>BISCUITS<br>WHITE PEPPER GRAVY<br><br>Oatmeal for diabetics<br>WATER | PASTA<br>MEAT SAUCE<br>CORN<br>ROLL<br><br>KOOL-AID | RED BEANS<br>RICE<br>W/ TURKEY PIECES<br>CABBAGE<br>CORNBREAD<br>KOOL-AID |