# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CARLOS SCOTT** | **CIVIL ACTION NO. 18-0628** |
| **VERSUS** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **LAURA ROBERTS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Carlos Scott's claims against Timmy Ducote, Andy Brown, David Brazzell, Scott Blackwell, Kevin Kelly, and LaSalle Corrections are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

MONROE, LOUISIANA, this 27th day of August, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE