UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**CARLOS SCOTT #2018040187**  **CASE NO. 3:18-CV-00628 SEC P**

**VERSUS**  **JUDGE TERRY A. DOUGHTY**

**UNKNOWN DEFENDANTS**  **MAG. JUDGE KAREN L. HAYES**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended is warranted,

**IT IS ORDERED, ADJUDGED AND DECREED** that Hearn's motion to dismiss [doc. # 65] is **GRANTED,** and Plaintiff's claims against her are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Harris, Roberts, and Bennett's motion for summary judgment [doc. # 62] is **GRANTED**, and Plaintiff's claims against them are **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED this 22nd day of October, 2019, in Monroe, Louisiana.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE